**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. | : Doc # |
| | : |
| | : Related to Doc #2 |
| | : |
| Movant | : |
| vs. | : |
| | : Hearing date/time: 8/29/2019 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN DATED 05/01/2018**

U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Joseph P. Pelesky, Sr. and Carolynn Pelesky ("Debtors"), as follows:

1. As of the bankruptcy filing date of January 31, 2019, Movant holds a secured Claim against the Debtors' property located at 2941 Glenmore Avenue, Pittsburgh, PA 15216.

2. Movant is in the process of filing a Proof of Claim by the 04/11/2019 bar date, with estimated pre-petition arrears in the amount of $31,897.89.

3. The Plan currently proposes payment to Movant in the amount of $21,000.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.     Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

                                                  Respectfully submitted,

Dated: 03/21/2019

                                        <u>/s/Danielle Boyle-Ebersole, Esquire</u>
                                        Danielle Boyle-Ebersole, Esquire
                                        Hladik, Onorato & Federman, LLP
                                        298 Wissahickon Avenue
                                        North Wales, PA 19454
                                        Phone 215-855-9521/Fax 215-855-9121
                                        debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. | :  Doc # |
| | : |
| | : Related to Doc #2 |
| | : |
| Movant | : |
| vs. | : |
| | : |
| | : Hearing date/time: 8/29/18 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST**

I, Danielle Boyle-Ebersole, Esquire, attorney for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 03/21/2019:

Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
Via First Class Mail
*Attorney for Debtor*

Joseph P. Pelesky, Sr.
Carolynn Pelesky
2941 Glenmore Avenue
Pittsburgh, PA 15216
Via First Class Mail
*Debtors*

Ronda J. Winnecour, Esquire
Via ECF
*Trustee*

Respectfully Submitted,

Date: 03/21/2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture | : Doc # |
| trustee, for the holders of the CIM Trust 2017- | : |
| 1, Mortgage-Backed Notes, Series 2017-1 c/o | : Related to Doc #12 |
| Select Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| | : Hearing date/time: 8/29/19 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## **ORDER**

Upon consideration of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc.'s Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2019 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge