**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. | : Doc # |
| | : |
| | : Related to Doc #2 |
| | : |
| Movant | : |
| vs. | : |
| | : Hearing date/time: 8/29/2019 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN DATED 01/31/2019**

U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Joseph P. Pelesky, Sr. and Carolynn Pelesky ("Debtors"), as follows:

1. As of the bankruptcy filing date of January 31, 2019, Movant holds a secured Claim against the Debtors' property located at 2941 Glenmore Avenue, Pittsburgh, PA 15216.

2. Movant is in the process of filing a Proof of Claim by the 04/11/2019 bar date, with estimated pre-petition arrears in the amount of $31,897.89.

3. The Plan currently proposes payment to Movant in the amount of $21,000.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

  6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

  WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

            Respectfully submitted,

Dated: 03/25/2019

            /s/Danielle Boyle-Ebersole, Esquire
            Danielle Boyle-Ebersole, Esquire
            Hladik, Onorato & Federman, LLP
            298 Wissahickon Avenue
            North Wales, PA 19454
            Phone 215-855-9521/Fax 215-855-9121
            debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture | : Doc # |
| trustee, for the holders of the CIM Trust 2017- | : |
| 1, Mortgage-Backed Notes, Series 2017-1 c/o | : Related to Doc #12 |
| Select Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| | : Hearing date/time: 8/29/19 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## **ORDER**

Upon consideration of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc.'s Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2019 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge