IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Joseph P. Pelesky, Sr. | : | Case No.19-20417CMB |
| Carolynn Pelesky, Sr | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 12 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| DLJ Mortgage Capital Inc | : | |
| | : | Hearing Date |
| Respondent(s) | | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM
AND TO RESTRICT PUBLIC ACCESS TO CLAIM</u>

The Motion to Compel Creditor to Amend Claim and to Restrict Public Access to Claim that was filed in the above-referenced case on May 22, 2019 (document #32) is hereby WITHDRAWN. Therefore, the hearing scheduled for July 2, 2019, is hereby cancelled.

Respectfully submitted

<u>5/28/19</u>    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Joseph P. Pelesky, Sr. : Case No.19-20417CMB
Carolynn Pelesky, Sr : Chapter 13
    Debtor(s) :
Ronda J. Winnecour, Trustee :
 : Re Claim: 12
    Movant(s) :
 :
    vs. :
DLJ Mortgage Capital Inc :
 : Hearing Date
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Select Portfolio Servicing Inc.
Po Box 65250
Salt Lake City UT 84165-0250

James C. Warmbrodt, Esquire
KML Law Group
701 Market Street
Philadelphia PA 19106

DLJ Mortgage Capital Inc
Tidjane Thiam, CEO
277 Park Avenue Front 2
New York NY 10172

Select Portfolio Servicing Inc
Timothy O'Brien
3217 S. Decker Lake Road
Salt Lake City UT 84119

Joseph, Sr. and Carolynn Pelesk
2941 Glenmore Avenue
Pittsburgh, PA 15216

Shawn Wright, Esquire
7240 McKnight Road
Pittsburgh PA 15237

5/28/19                                          /s/ Dianne DeFoor\_\_
date                                             Office of the Chapter 13 Trustee
                                                 US Steel Tower – Suite 3250
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 471-5566