# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JOSEPH P. & CAROLYNN PELESKY |
| **Case Number:** | 19-20417-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/30/19 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#2 - Final Confirmation of Plan Dated 1/31/2019 (NFC)
+Objection by U.S. Bank National Association (#30)
R / M #:  2 / 0

### Appearances:

Debtor: Wright
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor: Pavlovich – US Bank

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 9/20/19.
   Objections are due on or before 10/11/19.
   A hearing on the Amended Plan is set for 11/7/19 at 9:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2019    11:47:23 AM