# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : Chapter 13 |
| Debtors | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc. | : Doc # |
| | : |
| | : Related to Doc #2 |
| | : |
| Movant | : |
| vs. | : |
| | : Hearing date/time: 8/29/19 @ 9 am |
| Joseph P. Pelesky, Sr. and Carolynn Pelesky | : |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## **ORDER**

Upon consideration of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 c/o Select Portfolio Servicing, Inc.'s Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2019 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge