Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joseph P. Pelesky Sr.** : | Case No. 19−20417−CMB |
| **Carolynn Pelesky** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Dkt. No. 41 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

  *AND NOW,* this ***The 23rd of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                      Case No. 19-20417-CMB
Joseph P. Pelesky, Sr.                                                      Chapter 13
Carolynn Pelesky
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Oct 23, 2019
                               Form ID: 309                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db/jdb        +Joseph P. Pelesky, Sr.,    Carolynn Pelesky,    2941 Glenmore Avenue,    Pittsburgh, PA 15216-2074
cr            +Borough of Dormont,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
15005885      +Borough of Dormont,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15046960      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14987825      +Select Portfolio,    Customer Service,    10401 Deerwood Park Blvd.,
                Jacksonville, FL 32256-5007
15031631       U.S. Bank National Association, et al.,     c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250, Salt Lake City, UT 84165
15019995       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14987820       EDI: CAPITALONE.COM Oct 24 2019 06:38:00     Capital One,    PO Box 85520,
                Richmond, VA 23285-5075
14998595       EDI: CAPITALONE.COM Oct 24 2019 06:38:00     Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
14987821      +EDI: CCUSA.COM Oct 24 2019 06:38:00      Credit Collections U.S.A.,
                16 Distributor Drive, Suite 1,    PO Box 873,    Morgantown, WV 26507-0873
14987822      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2019 02:49:22      Credit One,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
15031731       E-mail/Text: jennifer.chacon@spservicing.com Oct 24 2019 02:53:14
                DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
15027768      +E-mail/Text: kburkley@bernsteinlaw.com Oct 24 2019 02:53:02      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14987823      +EDI: MID8.COM Oct 24 2019 06:38:00     Midland Funding,    2365 Northside Drive, Suite 300,
                San Diego, CA 92108-2709
15008600      +EDI: MID8.COM Oct 24 2019 06:38:00     Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14987824       EDI: PRA.COM Oct 24 2019 06:38:00     Portfolio Recovery,    120 Corporate Blvd., Ste. 1,
                Norfolk, VA 23502
15031630       EDI: PRA.COM Oct 24 2019 06:38:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14988516      +EDI: PRA.COM Oct 24 2019 06:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14992371       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:52:18
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14987826      +EDI: RMSC.COM Oct 24 2019 06:38:00     Syncb/Walmart,    PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DLJ Mortgage Capital, Inc.
cr             U.S. Bank National Association, et al. c/o Select
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Oct 23, 2019
                              Form ID: 309            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

      Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, et al. c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com

      James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com

      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com

      Jeffrey R. Hunt    on behalf of Creditor    Borough of Dormont jhunt@grblaw.com, cnoroski@grblaw.com

      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      Shawn N. Wright    on behalf of Debtor Joseph P. Pelesky, Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

      Shawn N. Wright    on behalf of Joint Debtor Carolynn Pelesky shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

      TOTAL: 9