**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankruptcy Case No.: 19−20417−CMB

Chapter: 13
Docket No.: 50 − 47
Conciliation Conference Date: 12/19/19 at 03:30 PM

**Joseph P. Pelesky Sr.**                              Carolynn Pelesky
    Debtor(s)

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____          _____
                     (Date)                                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph P. Pelesky, Sr.  
Carolynn Pelesky  
       Debtors

Case No. 19-20417-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: gamr　　　　　　　Page 1 of 1　　　　　　Date Rcvd: Oct 29, 2019  
　　　　　　　　　　　　　Form ID: 150　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db/jdb　　　　+Joseph P. Pelesky, Sr.,　 Carolynn Pelesky,　 2941 Glenmore Avenue,　 Pittsburgh, PA 15216-2074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

    Danielle Boyle-Ebersole　 on behalf of Creditor　 U.S. Bank National Association, et al. c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
    James Warmbrodt　 on behalf of Creditor　 DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com  
    Jeffrey R. Hunt　 on behalf of Creditor　 Borough of Dormont jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt　 on behalf of Creditor　 County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
    Keri P. Ebeck　 on behalf of Creditor　 Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    Office of the United States Trustee　 ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour　 cmecf@chapter13trusteewdpa.com  
    Shawn N. Wright　 on behalf of Debtor Joseph P. Pelesky, Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
    Shawn N. Wright　 on behalf of Joint Debtor Carolynn Pelesky shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                                                        TOTAL: 9