N

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 19-20417 |
| Joseph P. Pelesky and | : | |
| Carolynn Pelesky, Debtors | : | |
| Joseph P. Pelesky and | : | |
| Carolynn Pelesky, Movants | : | Chapter 13 |
| | : | |
| Vs. | : | Related to: Document No. 48 |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondent | : | |

### ORDER OF COURT

AND NOW, this <u>29th</u> day of <u>October</u>, 2019, upon the Debtor's Motion to Reconsider Dismissal of Case, it is hereby ORDERED AND ADJUDGED that the Order Dismissing Case is vacated and that this case shall be reopened immediately.

Carlota M. Böhm
glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/29/19 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph P. Pelesky, Sr.
Carolynn Pelesky
      Debtors

Case No. 19-20417-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2      Date Rcvd: Oct 29, 2019
                   Form ID: pdf900    Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db/jdb         +Joseph P. Pelesky, Sr.,    Carolynn Pelesky,    2941 Glenmore Avenue,    Pittsburgh, PA 15216-2074
cr             +Borough of Dormont,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
15005885       +Borough of Dormont,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15046960       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14987825       +Select Portfolio,    Customer Service,    10401 Deerwood Park Blvd.,
                 Jacksonville, FL 32256-5007
15031631        U.S. Bank National Association, et al.,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250, Salt Lake City, UT 84165
15019995        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14987820        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 03:36:12      Capital One,
                 PO Box 85520,    Richmond, VA 23285-5075
14998595        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 03:36:12
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14987821       +E-mail/Text: ccusa@ccuhome.com Oct 30 2019 03:11:07      Credit Collections U.S.A.,
                 16 Distributor Drive, Suite 1,    PO Box 873,    Morgantown, WV 26507-0873
14987822       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 30 2019 03:35:27      Credit One,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
15031731        E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2019 03:12:23
                 DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
15027768       +E-mail/Text: kburkley@bernsteinlaw.com Oct 30 2019 03:12:13      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14987823       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2019 03:11:47      Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
15008600       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2019 03:11:47      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14987824        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:37:12
                 Portfolio Recovery,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
15031630        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:35:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14988516        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:36:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14992371        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 03:11:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14987826       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 03:37:07      Syncb/Walmart,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                        TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DLJ Mortgage Capital, Inc.
cr              U.S. Bank National Association, et al. c/o Select
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                        TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:

        Danielle  Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association, et al. c/o
       Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        James  Warmbrodt   on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Borough of Dormont jhunt@grblaw.com,
       cnoroski@grblaw.com
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Shawn N. Wright   on behalf of Debtor Joseph P. Pelesky, Sr. shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
       m
        Shawn N. Wright   on behalf of Joint Debtor Carolynn  Pelesky shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
       m

                             TOTAL: 9