# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOSEPH P. & CAROLYNN PELESKY
**Case Number:** 19-20417-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 19, 2019 03:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#47 - Amended Chapter 13 Plan Dated 10/28/2019 (NFC)
#54 - Objection by U.S. Bank National Association, et al.
R / M #:   47 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pai / (Katz) / DeSimone
Creditor: PAU lovel

Con't for Debtor and Bank to resolve interest rate on principal balance

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  2/6/20  at  9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:



FILED
DEC 20 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

12/9/2019   3:33:43PM