# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH P. PELESKY, SR.                     Case No. 19-20417CMB
CAROLYNN PELESKY

          Debtor(s)                 Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

          Movant                    Document No __
   vs.
COUNTY OF ALLEGHENY (R/E TAX)*

          Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

COUNTY OF ALLEGHENY (R/E TAX)*              Court claim# 14/Trustee CID# 24
%JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102

The Movant further certifies that on 01/20/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JOSEPH P. PELESKY, SR., CAROLYNN PELESKY, 2941 GLENMORE AVENUE, PITTSBURGH, PA  15216

ORIGINAL CREDITOR:
COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA 15102

NEW CREDITOR:

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA 15237

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219