**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOSEPH P. PELESKY, SR.
    CAROLYNN PELESKY

        Debtor(s)

    Ronda J. Winnecour

        Movant
    vs.

    US BANK NA - INDENTURE TRUSTEE CIM
TRUST 2017-1 MBN SER 2017-1
        Respondent(s)

Case No. 19-20417CMB

Chapter 13

Document No.____

## NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 14
Court Claim Number - 13

2/27/2024

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOSEPH P. PELESKY, SR.
    CAROLYNN PELESKY

        Debtor(s)

    Ronda J. Winnecour

        Movant
    vs.

    US BANK NA - INDENTURE TRUSTEE CIM
TRUST 2017-1 MBN SER 2017-1
        Respondent(s)

Case No.19-20417CMB

Chapter 13

Document No.____

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

JOSEPH P. PELESKY, SR., CAROLYNN PELESKY, 2941 GLENMORE AVENUE, PITTSBURGH, PA 15216
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237
US BANK NA - INDENTURE TRUSTEE CIM TRUST 2017-1 MBN SER 2017-1, C/O SELECT PORTFOLIO SERVICING INC*, PO BOX 65450, SALT LAKE CITY, UT  84165-0450
SELECT PORTFOLIO SERVICING INC(*), ATTN REMITTANCE PROCESSING, PO BOX 65450, SALT LAKE CITY, UT  84165
HLADIK ONORATO & FEDERMAN LLP (FORMERLY D BOYLE-EBERSOLE)**, THE HOF LAW GROUP, 298 WISSAHICKON AVE, NORTH WALES, PA  19454

02/27/2024

/s/ Roberta Saunier
_____

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com