**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH P. PELESKY, SR.<br>CAROLYNN PELESKY<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:19-20417<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2019 and confirmed on 3/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 89,771.00 |
| Less Refunds to Debtor | 9.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,761.83 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,900.00 | |
|   Trustee Fee | 4,380.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,280.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PA DEPARTMENT OF REVENUE* | 13.87 | 13.87 | 18.78 | 32.65 |
|   Acct: 0392 | | | | |
| DORMONT BOROUGH (STORMWTR) | 240.00 | 240.00 | 93.81 | 333.81 |
|   Acct: S191 | | | | |
| DORMONT BOROUGH (STORMWTR) | 33.37 | 33.37 | 0.00 | 33.37 |
|   Acct: S191 | | | | |
| DORMONT BOROUGH (TRASH) | 2,816.00 | 2,816.00 | 1,089.86 | 3,905.86 |
|   Acct: S191 | | | | |
| DORMONT BOROUGH (TRASH) | 1,264.45 | 1,264.45 | 0.00 | 1,264.45 |
|   Acct: S191 | | | | |
| DORMONT BOROUGH (SWG) | 530.40 | 530.40 | 205.44 | 735.84 |
|   Acct: S191 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: S191 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: S191 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 27,915.34 | 27,915.34 | 2,816.10 | 30,731.44 |
|   Acct: 1375 | | | | |
| DLJ MORTGAGE CAPITAL | 8,791.16 | 8,791.16 | 1,211.78 | 10,002.94 |
|   Acct: 4938 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 20,370.55 | 20,370.55 | 0.00 | 20,370.55 |
|   Acct: 1375 | | | | |
| DLJ MORTGAGE CAPITAL | 1,086.36 | 1,086.36 | 0.00 | 1,086.36 |
|   Acct: 4938 | | | | |
| | | | | 68,497.27 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH P. PELESKY, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH P. PELESKY, SR. | 9.17 | 9.17 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 1,172.52 | 1,172.52 | 0.00 | 1,172.52 |
| Acct: 1375 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 1,171.15 | 1,171.15 | 0.00 | 1,171.15 |
| Acct: 1375 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 4,407.48 | 4,407.48 | 0.00 | 4,407.48 |
| Acct: 1375 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 273.50 | 273.50 | 0.00 | 273.50 |
| Acct: 1375 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 273.50 | 273.50 | 0.00 | 273.50 |
| Acct: 1375 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 273.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1375 | | | | |
| | | | | 7,298.15 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 699.54 | 699.54 | 0.00 | 699.54 |
| Acct: 5531 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 674.02 | 674.02 | 0.00 | 674.02 |
| Acct: 3630 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,552.83 | 1,552.83 | 0.00 | 1,552.83 |
| Acct: 2877 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 456.32 | 456.32 | 0.00 | 456.32 |
| Acct: 8275 | | | | |
| UPMC HEALTH SERVICES | 129.12 | 129.12 | 0.00 | 129.12 |
| Acct: 0392 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,179.61 | 1,179.61 | 0.00 | 1,179.61 |
| Acct: 9824 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 994.05 | 994.05 | 0.00 | 994.05 |
| Acct: 5700 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2877 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HLADIK ONORATO & FEDERMAN LLP (FOI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,685.49 |

TOTAL PAID TO CREDITORS                                                                 81,480.91

```
TOTAL CLAIMED
   PRIORITY           7,571.15
   SECURED           63,061.50
   UNSECURED          5,685.49
```

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOSEPH P. PELESKY, SR.
    CAROLYNN PELESKY
        Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:19-20417

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20417-CMB
Joseph P. Pelesky, Sr.  Chapter 13
Carolynn Pelesky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 27, 2024     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph P. Pelesky, Sr., Carolynn Pelesky, 2941 Glenmore Avenue, Pittsburgh, PA 15216-2074 |
| 15031631 | | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Borough of Dormont, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15005885 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Borough of Dormont, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14987820 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2024 00:37:06 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14998595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2024 00:36:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15046960 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14987821 | + | Email/Text: ccusa@ccuhome.com | Mar 28 2024 00:27:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, PO Box 873, Morgantown, WV 26507-0873 |
| 14987822 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2024 00:36:58 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15031731 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2024 00:31:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15027768 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2024 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14987823 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2024 00:30:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15008600 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2024 00:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 14987824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:01 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15031630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988516 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14992371 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14987825 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2024 00:31:00 | Select Portfolio, Customer Service, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 14987826 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:13 | Syncb/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 15019995 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2024 00:28:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | U.S. Bank National Association, et al. c/o Select |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 21 |

Denise Carlon
    on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Dormont jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michelle L. McGowan
    on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. smccaffery@pincuslaw.com,
    ckohn@hoflawgroup.com

Shawn N. Wright
    on behalf of Debtor Joseph P. Pelesky Sr. shawn@shawnwrightlaw.com,
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Carolynn Pelesky shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12