IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH P. PELESKY, SR.
CAROLYNN PELESKY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20417

Chapter 13

Document No.: 86

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __May__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/15/24 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20417-CMB |
| Joseph P. Pelesky, Sr. | Chapter 13 |
| Carolynn Pelesky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 15, 2024 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph P. Pelesky, Sr., Carolynn Pelesky, 2941 Glenmore Avenue, Pittsburgh, PA 15216-2074 |
| 15031631 | | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | Borough of Dormont, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15005885 | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | Borough of Dormont, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14987820 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 23:49:46 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14998595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 23:49:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15046960 | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14987821 | + | Email/Text: ccusa@ccuhome.com | May 15 2024 23:40:00 | Credit Collections U.S.A., 16 Distributor Drive, Suite 1, PO Box 873, Morgantown, WV 26507-0873 |
| 14987822 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 23:49:34 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15031731 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 23:41:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15027768 | + | Email/Text: kburkley@bernsteinlaw.com | May 15 2024 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14987823 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 23:41:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15008600 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 23:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| Recip ID | | Notice Method | Name and Address |
|---|---|---|---|
| | | | 48090-2011 |
| 14987824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2024 23:49:34 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15031630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2024 23:49:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14988516 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2024 23:49:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14992371 | | Email/Text: RVSVCBICNOTICE1@state.pa.us May 15 2024 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14987825 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 15 2024 23:41:00 | Select Portfolio, Customer Service, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 14987826 | + | Email/PDF: ais.sync.ebn@aisinfo.com May 15 2024 23:49:45 | Syncb/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 15019995 | | Email/Text: BNCnotices@dcmservices.com May 15 2024 23:40:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | U.S. Bank National Association, et al. c/o Select |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| Denise Carlon | |

on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Dormont jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michelle L. McGowan
on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
on behalf of Creditor U.S. Bank National Association et al. c/o Select Portfolio Servicing, Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

Shawn N. Wright
on behalf of Debtor Joseph P. Pelesky Sr. shawn@shawnwrightlaw.com,
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Joint Debtor Carolynn Pelesky shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12